906 A.2d 438

IN THE MATTER OF AMIN KHALIL HUSSAIN-
EL, AN ATTORNEY AT LAW.

September 20, 2006.

## ORDER

The Office of Attorney Ethics having filed a petition with the Court seeking the immediate temporary suspension of **AMIN KHALIL HUSSAIN-EL** of **EAST ORANGE,** who was admitted to the bar of this State in 1987, for failure to cooperate in an ethics investigation as required by *Rule* 1:20–3(g)(3), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–3(g)(4), **AMIN KHALIL HUSSAIN-EL** is temporarily suspended from the practice of law pending his full cooperation with the Office of Attorney Ethics and until the further Order of the Court, effective immediately; and it is further

ORDERED that **AMIN KHALIL HUSSAIN-EL** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **AMIN KHALIL HUSSAIN-EL** comply with *Rule* 1:20–20 dealing with suspended attorneys.